IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE VALLEY OPERATING     )
ENGINEERS HEALTH FUND          )
                               )     No. 3-10-0216
v.                             )
                               )
JAMES D. OLDHAM, III d/b/a Oldham )
Construction Company, LLC       )

O R D E R

By notice issued contemporaneously with the filing of the complaint and served upon the defendant with the summons and complaint, the initial case management conference was scheduled on April 12, 2010, at which time no appearance was made by the defendant.

However, plaintiff's counsel advised the Court that he had conferred with counsel for the defendant, believed that a settlement might be reached in the near future, and therefore requested that the initial case management conference be continued.

The initial case management conference is RESCHEDULED to **Wednesday, May 26, 2010, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The Clerk is directed to mail a copy of this order to the defendant at 992 Stage Road, Memphis, TN 38127, and to Ms. Melanie Vardaman, Harris Jernigan & Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, Mississippi 39157, both by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge